**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL VICTORIAN,

          Plaintiff,

vs.

GITTERE, *et al.*,

          Defendants.

Case No.: 2:20-cv-01972-GMN-NJK

**ORDER**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 18), of United States Magistrate Judge Nancy J. Koppe, which effectively recommends that this case be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 18) (setting a June 27, 2022, deadline for objections). In addition, Plaintiff has had

1  multiple opportunities to avoid dismissal but has not taken them. (*See* R&R 1:9–16, ECF No.
2  18) (indicating Plaintiff has neither effectuated service on Defendant Jacob Rowley in ninety
3  (90) days nor sought an extension for good cause); (Min. Order, ECF No. 17) (providing
4  Plaintiff nearly one month to show cause why this case should not be dismissed for lack of
5  service).
6      Accordingly,
7      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 18), is
8  **ACCEPTED and ADOPTED** in full.
9      **IT IS FURTHER ORDERED** that Plaintiff Michael Victorian's First Amended
10 Complaint, (ECF No. 4), is **DISMISSED** without prejudice.
11     **IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.
12 Dated this __22__ day of June, 2022.

                                                _____
                                                Gloria M. Navarro, District Judge
                                                United States District Court